AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN District of ARKANSAS

SETH JAMES,

*Plaintiff*
v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

*Defendant*

) Case No. 4:24-cv-00823

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Plaintiff, Seth James.

Date: December 9, 2024

Joseph L. Gentilcore, PA 311703
*Attorney's printed name and bar number*

1600 Market St., Suite 2510, Philadelphia, PA 191(
*Address*

jgentilcore@consumerlawfirm.com
*E-mail address*

(215) 735-8600
*Telephone number*

215-940-8000
*FAX number*