IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SETH JAMES PLAINTIFF

v. 4:24-CV-823-DPM

EXPERIAN INFORMATION
SOLUTIONS, INC. DEFENDANT

**JOINT STATUS REPORT**

Seth James ("Plaintiff") and Experian Information Solutions, Inc., ("Defendant"), for their Joint Status Report, state:

1. This Status Report is made pursuant to the Court's Final Scheduling Order. [Dkt. No.13]

2. The parties respectfully report that they are actively engaged in discovery, including the ongoing exchange of written discovery and scheduling of depositions, and that they remain on track to meet all deadlines set forth in the Court's Final Scheduling Order. The parties will continue to confer in good faith to resolve any discovery issues that may arise and do not anticipate seeking modifications to the current schedule at this time.

Date: June 26, 2026

Respectfully Submitted,

Joseph L. Gentilcore
Francis Mailman Soumilas P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
215-735-8600
Fax: 215-940-8000
Email: jgentilcore@consumerlawfirm.com
ATTORNEY FOR PLAINTIFF

AND

Robert Ryan Younger
Quattlebaum, Grooms & Tull PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201-3325
501-379-1757
Email: ryounger@qgtlaw.com
ATTORNEY FOR DEFENDANT

April C. Caradine (AR Bar No. 2022115)
Gordon Rees Scully Mansukhani, LLP
425 West Capitol Avenue, Suite 3275
Little Rock, AR 72201
Telephone: (972)-415-8626
acotton@grsm.com
ATTORNEY FOR DEFENDANT