**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SETH JAMES** **PLAINTIFF**

**v.** **Case No. 4:24-CV-00823-DPM**

**EXPERIAN INFORMATION SOLUTIONS, INC.** **DEFENDANT**

**MOTION TO WITHDRAW**

R. Ryan Younger of Quattlebaum, Grooms & Tull PLLC, for his motion to withdraw as counsel, states:

1. R. Ryan Younger respectfully requests that he be permitted to withdraw as counsel of record for Experian Information Solutions, Inc. in this matter.

2. Experian Information Solutions, Inc. will continue to be represented by Gordon, Rees, Scully & Mansukhani, LLP.

3. No party will be prejudiced by the Court granting this motion.

WHEREFORE, R. Ryan Younger of Quattlebaum, Grooms & Tull PLLC requests that the Court enter an order permitting him to withdraw as counsel of record for Experian Information Solutions, Inc.

R. Ryan Younger, Ark. Bar No. 2008209
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700 Telephone
(501) 379-1701 Facsimile
ryounger@qgtlaw.com

*Attorneys for Experian Information Solutions, Inc.*