**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **SETH JAMES**<br><br>**PLAINTIFF,**<br><br>**V.**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**DEFENDANT.** | **CASE NO.: 4:24-CV-00823-BRW** |

## NOTICE OF SUBPOENA

COMES NOW, Defendant Experian Information Solutions, Inc., by and through their counsel of record, and pursuant to Federal Rule of Civil Procedure 45(a)(4), hereby give notice that the Subpoena to Produce Documents in a Civil Action attached hereto and incorporated herein as Exhibit A shall be served on the following:

1. JPMorgan Chase Bank, N.A), c/o CT Corporation System at 320 S. Izard Street, Little Rock, AR 72201.

DATED: August 24, 2026

Respectfully submitted,

*/s/ April C. Caradine*

April C. Caradine 2022115
Gordon Rees Scully Mansukhani, LLP
425 West Capitol Suite 3515
Little Rock, AR 72201
Telephone: (972) 415-8626
Facsimile: (501) 588-8160
acotton@grsm.com
***Attorney for Defendant Experian Information Solutions, Inc.***

**CERTIFICATE OF SERVICE**

On August 24, 2026, I, the undersigned hereby certify that a true and accurate copy of the foregoing document has been duly and properly served upon all parties that have entered an appearance and requested service in the above referenced case by way of electronic filing on the Court's ECF Notice List.

*/s/ April C. Caradine*
April C. Caradine