**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **SETH JAMES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EXPERIAN INFORMATION SOLUTIONS INC.,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 4:24-cv-00823-BRW**<br><br>**JOINT NOTICE OF SETTLEMENT** |

AND NOW come the parties, by and through counsel, and notifies the Court that the parties have reached a settlement in principle as to all claims, and are in the process of finalizing performance under that agreement. Accordingly, the parties respectfully request a stay of all upcoming deadlines. The parties expect to be able to file a stipulation of dismissal within 60 days.

Respectfully submitted,

*/s/ Joseph L. Gentilcore*
Joseph L. Gentilcore
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
jgentilcore@consumerlawfirm.com
T: (215) 735-8600
*Attorneys for Plaintiff*

/s/ *April C. Caradine*
April C. Caradine, Esq.
Gordon Rees Scully Mansukhani, LLP
425 West Capitol Ave, Suite 3515
Little Rock, AR 72201
972-415-8626
acotton@grsm.com
*Attorneys for Defendant*