**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SETH JAMES** **PLAINTIFF**

**v.** **No. 4:24-cv-823-DPM**

**EXPERIAN INFORMATION SOLUTIONS INC.** **DEFENDANT**

# JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 4 November 2026 to enforce the parties' settlement.

D.P. Marshall Jr.
United States District Judge

8 September 2026